OPINION — AG — QUESTION: "MAY A BOARD OF EDUCATION ADOPT A CLOSED CAMPUS POLICY WHICH REQUIRES THAT NO STUDENT BE ALLOWED TO LEAVE THE SCHOOL PREMISES DURING THE NOON HOUR AND THAT STUDENTS MUST EAT LUNCH FROM THE SCHOOL CAFETERIA, BRING THEIR OWN LUNCH OR NOT EAT AT ALL, EXCEPT UNDER SPECIAL PERMITS ISSUED UNDER A PHYSICIANS ORDERS? — AFFIRMATIVE. CITE: 70 O.S. 1961 4-22 [70-4-22] (W. J. MONROE)